UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>*Beckett v. CR Bard et al.*,<br>Case No. 2:19-cv-1266 | |

### ORDER

On April 5, 2019, Plaintiff Jamie Beckett filed a complaint in this multidistrict litigation ("MDL"). (ECF No. 1.) On December 12, 2019, Plaintiff filed an untimely Notice of Suggestion of Death following Plaintiff Jamie Beckett's death on June 30, 2019. (ECF No. 9.) On March 3, 2021, the Court ordered Plaintiff to file either a motion to substitute in the event that a representative of Plaintiff's estate has been appointed, or a renewed request to permit Plaintiff to voluntarily dismiss the case under Rule 41(a)(2) that apprises the Court of the status of Plaintiff's estate. (ECF No. 14.) On March 5, 2021, Plaintiff filed a Motion to Voluntarily Dismiss Pursuant to Rule 41(a)(2). (ECF No. 15.) According to the Motion, despite continued efforts Plaintiff's attorney has been unable to contact Plaintiff's heir or beneficiaries at law nor ascertain the status of Plaintiff's estate, including whether anyone has been duly appointed to act on behalf of Plaintiff's estate. Accordingly, Plaintiff's Motion to Voluntarily Dismiss is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

**2/15/2022**                                          s/Edmund A. Sargus, Jr.
**DATE**                                               EDMUND A. SARGUS, JR.
                                                       **UNITED STATES DISTRICT JUDGE**